UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


KENYATTA WILLIAMS,

     Plaintiff,

                                      Case No. 1:19-cv-11

v.

                                      HONORABLE PAUL L. MALONEY

UNKNOWN HAENICKE, et al.,

     Defendants.

_____/


## JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that that Judgment is entered in favor of Defendants and

against Plaintiff.



Dated:  February 22, 2019                         /s/  Paul L. Maloney
                                             Paul L. Maloney
                                             United States District Judge